COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF ABATEMENT

Appellate case name:        $4,416.00 in United States Currency v. The State of Texas

Appellate case number:    01-13-00514-CV

Trial court case number:  11-CV-1941

Trial court:                    122nd District Court of Galveston County

Appellant Terry Mark Waddell, the real party in interest in the underlying forfeiture proceeding, has filed a notice of appeal of the notice of non-suit filed by the State. The record does not contain a written, signed order granting the State's non-suit. A party has an "absolute right" to file a non-suit, but unless a written, signed order of the trial court appears in the record, we have no jurisdiction over an appeal. *See* TEX. R. APP. P. 26.1(b); *Travelers Ins. Co. v. Joachim*, 315 S.W.3d 860, 862 (Tex. 2010); *Iacono v. Lyons*, 6 S.W.3d 715, 716–17 (Tex. App.—Houston [1st Dist.] 1999, no pet.). Although the execution of a written order in the case of a non-suit is merely a ministerial task, it is necessary in order for this Court to have jurisdiction of the appeal. *See Iacono*, 6 S.W.3d at 716–17.

Accordingly, we abate this appeal for 30 days during which time a written, signed order granting the State's non-suit may be executed.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when a supplemental clerk's record containing a written, signed order granting the State's non-suit is filed in this Court. **Appellant is notified that if a supplemental clerk's record containing a written, signed order granting the State's non-suit is not filed within 30 days, the Court may dismiss the appeal for want of jurisdiction without further notice.** *See* TEX. R. APP. P. 42.3(a).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court

Date: July 3, 2013